FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>Ramon Monron Rayos<br><br>           Defendant. | CASE NO. CR 99-251-RSWL<br><br>ORDER OF DETENTION<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143 (a)] |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the C.D. California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____
   no info _____

1
2 _____
3 _____
4      and/or
5  B.  (✓)   The defendant has not met his/her burden of establishing by clear and
6      convincing evidence that he/she is not likely to pose a danger to the safety of
7      any other person or the community if released under 18 U.S.C. § 3142(b) or
8      (c). This finding is based on _____
9      _____NO INFO_____
10     _____
11     _____
12     _____
13
14     IT IS THEREFORE ORDERED that the defendant be detained pending
15     further revocation proceedings.
16
17
18  Dated:  6/15/12
19
20
21                                      _____
22                                      MICHAEL R. WILNER
                                        UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28